**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD and Ofc. Enokenwa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALVIN RAMIREZ, an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; NCHONG ENOKENWA, an individual; CHARLES SAVINO, an individual; THEODORE FOTH, an individual; GARRETT DEPAULIS, an individual and LUKAS TURLEY, an individual,<br><br>                    Defendants. | Case Number:<br>2:24-cv-02238-MMD-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Nchong Enokenwa, Officer Charles Savino, Officer Theodore Foth, Officer Garrett DePaulis and Officer Lukas Turley ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Alvin Ramirez ("Plaintiff"), by and through his counsel, Breeden & Associates, PLLC and Murphy's Law, PC, hereby stipulate to extend the deadline to file their dispositive motions from December 19, 2025 to January 9, 2026.

1.      The dispositive motion deadline in this case is currently December 19, 2025. ECF No. 21.

2.      This 21-day extension request is not sought for an improper purpose or other purpose of delay.

MAC: 14687-509 (#6155669.1) 11/21/2025 8:49 AM

1    3.    The Parties just finished Rule 30(b)(6) depositions and anticipate receiving

2    the transcripts on or around the dispositive deadline. Thus, the requested extension will

3    allow the Parties time to receive and incorporate all deposition transcripts into the motions.

4    4.    In additions, both Parties' counsel currently have plans to be out of the office

5    for several days during the Holiday season.

6    5.    This is the first request for extension of time to file dispositive motions in this

7    matter.    The Parties respectfully submit that the reasons set forth above constitute

8    compelling reasons for the requested extension.

9    6.    The instant stipulation is being made in good faith and not for purposes of

10    delay, and no party waives any arguments by entering into this stipulation.

11    IT IS SO STIPULATED this 21st day of November, 2025.

12    MARQUIS AURBACH                    BREEDEN & ASSOCIATES, PLLC

13
By: *s/Craig R. Anderson*                By:    *s/Adam J. Breeden*
14        Craig R. Anderson, Esq.                Adam J. Breeden, Esq.
        Nevada Bar No. 6882                    Nevada Bar No. 8768
15        10001 Park Run Drive                    7432 W. Sahara Ave., Ste. 101
        Las Vegas, Nevada 89145                Las Vegas, Nevada 89117
16        Attorney for Defendants                Attorney for Plaintiff

17                            MURPHY'S LAW, PC

18                            By:    *s/Corrine P. Murphy*
                                Corrine P. Murphy, Esq.
19                                Nevada Bar No. 10410
                                2620 Regatta Dr., Ste. 102
20                                Las Vegas, Nevada 89128
                                Attorney for Plaintiff

21

22

23                            **ORDER**

24    IT IS SO ORDERED:

25    DATED: _11/25/2025_____

26

27                            _____
                            United States Magistrate Judge

28

MAC: 14687-509 (#6155669.1) 11/21/2025 8:49 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816