**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALVIN RAMIREZ, an individual,<br><br>                            Plaintiff,<br><br>      vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; NCHONG ENOKENWA, an individual; CHARLES SAVINO, an individual; THEODORE FOTH, an individual; GARRETT DEPAULIS, an individual and LUKAS TURLEY, an individual,<br><br>                            Defendants. | Case Number:<br>2:24-cv-02238-MMD-DJA<br><br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 30)**<br><br>**(FIRST REQUEST)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Nchong Enokenwa, Officer Charles Savino, Officer Theodore Foth, Officer Garrett DePaulis and Officer Lukas Turley ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Alvin Ramirez ("Plaintiff"), by and through his counsel, Breeden & Associates, PLLC and Murphy's Law, PC, hereby stipulate to extend the deadline for the LVMPD Defendants to file their reply to Plaintiff's Response to Motion for Summary Judgment (ECF No. 30) from February 13, 2026 to March 6, 2026.

1.      The LVMPD Defendants filed their Motion for Summary Judgment on January 9, 2026 (ECF No. 28.)

2.      The Plaintiff filed his Response to Defendants' Motion for Summary Judgment on January 30, 2026 (ECF No. 30).

MAC: 14687-509 (#6238340.1) 2/2/2026 11:31 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.    The LVMPD Defendants' Reply to the Plaintiff's Response is currently due on February 13, 2026.

4.    On February 9, 2026, Counsel for the LVMPD Defendants starts a five-day trial in the United States District Court with Judge Gordon in the matter of *Jose DeCastro v. LVMPD, et al.*, Case No. 2:25-cv-00580-APG-EJY.

5.    Therefore, the LVMPD Defendants are respectfully requesting a three week-extension to file their Reply until March 6, 2026.

6.    This request is not sought for an improper purpose or other purpose of delay.

IT IS SO STIPULATED this 2nd day of February, 2026.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for Defendants

BREEDEN & ASSOCIATES, PLLC

By:    *s/Adam J. Breeden*
    Adam J. Breeden, Esq.
    Nevada Bar No. 8768
    7432 W. Sahara Ave., Ste. 101
    Las Vegas, Nevada 89117
    Attorney for Plaintiff

MURPHY'S LAW, PC

By:    *s/Corrine P. Murphy*
    Corrine P. Murphy, Esq.
    Nevada Bar No. 10410
    2620 Regatta Dr., Ste. 102
    Las Vegas, Nevada 89128
    Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

DATED: February 2, 2026

_____
United States District Court Judge

Page 2 of 2

MAC: 14687-509 (#6238340.1) 2/2/2026 11:31 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816