**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
**MURPHY'S LAW**
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
and
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Rd., Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALVIN RAMIREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; NCHONG ENOKENWA, an individual; CHARLES SAVINO, an individual; THEODORE FOTH, an individual; GARRETT DEPAULIS, an individual; and LUKAS TURLEY, an individual,<br><br>Defendants. | CASE NO. 2:24-cv-02238-MMD-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b) (ECF NO. 40) (First Request)** |

Plaintiff, ALVIN RAMIREZ, by and through his counsel, Corrine P. Murphy, Esq., of MURPHY'S LAW, and Adam J. Breeden, Esq., of BREEDEN & ASSOCIATES, PLLC, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NCHONG ENOKENWA, CHARLES SAVINO, THEODORE FOTH, GARRETT DEPAULIS, and LUKAS TURLEY, by and through their counsel Craig R. Anderson, Esq., of MARQUIS AURBACH, hereby stipulate to extend Plaintiff's time to file his Reply in support of his Motion for Entry of Final Judgment Under Fed. R. Civ. P. 54(b) (ECF No. 40), as follows:

## RECITALS

**WHEREAS**, on September 24, 2026, Plaintiff filed his Motion for Entry of Final Judgment Under Fed. R. Civ. P. 54(b) on Claims One, Two, and Three of the Court's Order Entered August 13, 2026 (ECF No. 40) (the "Motion");

**WHEREAS**, on October 8, 2026, the LVMPD Defendants filed their Opposition to the Motion (ECF No. 41);

**WHEREAS**, Plaintiff's Reply in support of the Motion was due seven (7) days after service of the Opposition, on October 15, 2026;

**WHEREAS**, Plaintiff's counsel inadvertently failed to enter the reply deadline on the firm's calendaring system. The omission was an isolated clerical error. Plaintiff's counsel discovered the error on October 19, 2026 and contacted counsel for the LVMPD Defendants that same day to request a short extension. Defense counsel agreed.

**WHEREAS**, good cause exists for the requested extension for four reasons:

- **Plaintiff acted in good faith.** The missed calendar entry was an administrative oversight. Counsel corrected it promptly once discovered and sought relief through stipulation.
- **No party will be prejudiced.** The LVMPD Defendants consent to the extension. The Motion is fully briefed apart from the Reply, and no hearing on it has been set.
- **The extension will not disrupt the case schedule.** No trial date has been set. The short extension will not affect the settlement conference set for November 19, 2026 before Magistrate Judge Daniel J. Albregts (ECF No. 39), or any other deadline in this case.
- **The extension serves this Court's resolution of the Motion on its merits.** A reply will let Plaintiff respond to the arguments raised in the Opposition and give this Court a complete record on whether entry of final judgment under Rule 54(b) is appropriate.

**WHEREAS**, this is the first request to extend the time for Plaintiff to file his Reply in support of the Motion; therefore,

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the Parties through their undersigned counsel of record, that Plaintiff may file his Reply in support of his Motion for Entry of Final Judgment Under Fed. R. Civ. P. 54(b) (ECF No. 40) after the October 15, 2026 deadline, and that the deadline for Plaintiff to file the Reply is extended up to and including **Friday, October 23, 2026**.

It is so stipulated:

Dated this 19th day of October, 2026.

**MURPHY'S LAW**

*/s/ Corrine P. Murphy*

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
and
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
BREEDEN & ASSOCIATES, PLLC
376 E. Warm Springs Rd., Suite 120
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

It is so stipulated:

Dated this 19th day of October, 2026.

**MARQUIS AURBACH**

*/s/ Craig R. Anderson*

**CRAIG R. ANDERSON, ESQ.**
Nevada Bar No. 6882
**ANDREW YATES, ESQ.**
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, NV 89145
Phone: (702) 382-0711
Fax: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
*Attorneys for Defendants LVMPD, Ofc. Enokenwa, Ofc. Savino, Ofc. Foth, Ofc. DePaulis and Ofc. Turley*

**ORDER**

Based on the foregoing, and for good cause appearing, the parties' stipulation is hereby adopted and made an order of this Court.

**IT IS SO ORDERED.**

DATED this 20th day of October, 2026.

**UNITED STATES DISTRICT COURT JUDGE**