**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALVIN RAMIREZ, an individual,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; NCHONG ENOKENWA, an individual; CHARLES SAVINO, an individual; THEODORE FOTH, an individual; GARRETT DEPAULIS, an individual and LUKAS TURLEY, an individual,

Defendants.

Case Number:
2:24-cv-02238-MMD-DJA

**~~STIPULATION AND~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Nchong Enokenwa, Officer Charles Savino, Officer Theodore Foth, Officer Garrett DePaulis and Officer Lukas Turley ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Alvin Ramirez ("Plaintiff"), by and through his counsel, Breeden & Associates, PLLC and PI Vegas, that the Settlement Conference set for November 19, 2026 at 10:00 a.m. be moved to a future date convenient to the Court.

1. On August 31, 2026, the Court filed an Order Setting Settlement Conference scheduling the Settlement Conference for November 19, 2026. (ECF No. 39).

2. Lead counsel for the LVMPD Defendants has two scheduled depositions in Longwood, Florida on November 20 and 23, 2026. The depositions involve multiple parties and multiple schedules.




MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. Counsel's flight options were limited, and he must fly out on the date of the settlement conference, November 19, 2026.

4. Plaintiff has graciously agreed to continue the settlement conference due to defense counsel's conflict.

5. To this end, the Parties are available to continue the settlement conference on any of the following dates:

**December 1, 3, 4, 9, 14, 15 or 17** (if the dates meet the court's availability).

6. This is the first request for such continuance, and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED this 3rd day of November, 2026.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants

BREEDEN & ASSOCIATES, PLLC

By: *s/Adam J. Breeden*
Adam J. Breeden, Esq.
Nevada Bar No. 8768
7432 W. Sahara Ave., Ste. 101
Las Vegas, Nevada 89117
Attorney for Plaintiff

PI VEGAS

By: *s/Corrine P. Murphy*
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
9440 W. Sahara Ave., Ste. 245
Las Vegas, Nevada 89117
Attorney for Plaintiff

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 47) is GRANTED. IT IS FURTHER ORDERED that the settlement conference scheduled for November 19, 2026, is VACATED. Because the Court is unavailable on the parties' proposed dates, IT IS FURTHER ORDERED that the parties must file a stipulation proposing five additional dates beginning in February of 2027, on which they are all available for a settlement conference. IT IS FURTHER ORDERED that the parties must file this stipulation on or before November 18, 2026.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 4, 2026




MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816