**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALVIN RAMIREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; NCHONG ENOKENWA, an individual; CHARLES SAVINO, an individual; THEODORE FOTH, an individual; GARRETT DEPAULIS, an individual and LUKAS TURLEY, an individual,<br><br>Defendants. | Case Number: 2:24-cv-02238-MMD-DJA<br><br>**~~STIPULATION AND~~ ORDER REGARDING SETTLEMENT CONFERENCE** |

Pursuant to this Court's Order Granting Stipulation to Continue Settlement Conference (ECF No. 48), it is hereby stipulated between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Nchong Enokenwa, Officer Charles Savino, Officer Theodore Foth, Officer Garrett DePaulis and Officer Lukas Turley ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Alvin Ramirez ("Plaintiff"), by and through his counsel, Breeden & Associates, PLLC and PI Vegas, that the Settlement Conference be rescheduled on one of the following dates convenient to the Court:

/ / /

/ / /

February 17, 18, 19, 22, 23, 24, 25 and 26, 2027.

IT IS SO STIPULATED this 10th day of November, 2026.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants

BREEDEN & ASSOCIATES, PLLC

By: *s/Adam J. Breeden*
Adam J. Breeden, Esq.
Nevada Bar No. 8768
7432 W. Sahara Ave., Ste. 101
Las Vegas, Nevada 89117
Attorney for Plaintiff

PI VEGAS

By: *s/Corrine P. Murphy*
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
9440 W. Sahara Ave., Ste. 245
Las Vegas, Nevada 89117
Attorney for Plaintiff

**ORDER**

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 49) is GRANTED. IT IS FURTHER ORDERED that the settlement conference is RESCHEDULED for February 24, 2027, at 10:00 AM in LV Courtroom 3A. IT IS FURTHER ORDERED that the parties' settlement conference briefs are due by February 17, 2027, at 4:00 p.m. IT IS FURTHER ORDERED that all other portions of the order setting the settlement conference (ECF No. 39) shall remain in effect.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 13, 2026

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816


MAC: 14687-509 (#6655753.1) 11/10/2026 11:10 AM